# EXHIBIT(S) or PSI RETURN FORM

Date: __July 20, 2018__

Style: __Darnell Haynie a/k/a Darnell Haney v. State__

Cause No(s): __02-17-00085-CR, 02-17-00086-CR, 02-17-00087-CR__

Appeal No(s): __1485870D, 1440818D, 1442689D__

I have received the following exhibit(s) or PSI from the Second Court of Appeals:

Exhibit(s) Description: __State's Exhibit No. 10 (CD), State's Exhibit No. 17 (DVD),__
__State's Exhibit No. 53 (DVD), & State's Exhibit No. 54 (DVD)__

Received By: _____  Dept: __D297__
(SIGN)

__VALERIE K. ALLEN__  Date: __7.20.2018__
(PRINT)